**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GLORIA SUN JUNG YUN,<br><br>    Appellant,<br><br>    v.<br><br>JOHN J. THOMAS<br><br>    Appellee. | No. 3:18-cv-00458<br><br>No. 3:18-cv-00459<br><br>(JUDGE CAPUTO) |

## Order

**NOW**, this 11th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion for Extension of Time to File Designation Items and Statement of Issue (No. 3:18-cv-00458, Doc. 3) filed by Appellant Gloria Sun Jung Yun is **DENIED**.

(2) The Motion to Obtain Transcript (No. 3:18-cv-00458, Doc. 6) filed by Appellant is **DENIED**.

(3) The Motion for Extension of Time to File Designated Items (No. 3:18-cv-00458, Doc. 7) filed by Appellant is **DENIED**.

(4) The Motion to Obtain Transcript (No. 3:18-cv-00459, Doc. 5) filed by Appellant is **DENIED**.

(5) The Motion for Extension of Time to File Designation Items (No. 3:18-cv-00459, Doc. 6) filed by Appellant is **DENIED**.

(6) The Clerk of the Court is directed to mark both of the above-captioned cases as **CLOSED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge